ACCEPTED
03-15-00440-CV
8018533
THIRD COURT OF APPEALS
AUSTIN, TEXAS
11/30/2015 4:01:21 PM
JEFFREY D. KYLE
CLERK

## No. 03-15-00440-CV

| | | |
|---|---|---|
| **Raymond Cox, Jr. and** | § | **In the Court of Appeals** |
| **Tamesa Cox,** | § | 3rd COURT OF APPEALS |
| *Appellants,* | § | AUSTIN, TEXAS |
| | § | 11/30/2015 4:01:21 PM |
| **v.** | § | JEFFREY D. KYLE |
| | § | Clerk |
| **GMAC Mortgage, LLC,** | § | |
| **its successors and/or assigns,** | § | |
| *Appellee* | § | **Third District of Texas** |

FILED
3rd COURT OF APPEALS
AUSTIN, TEXAS
11/30/2015 4:01:21 PM
JEFFREY D. KYLE
Clerk

### Appellants' Motion to Extend Time to File Brief

To the Honorable Court:

Appellants, pursuant to the Court's notice of November 17, 2015, request that the Court extend time for filing of their brief under Rules of Appellate Procedure 10.5(b), 38.6(d) and all other applicable Rules, and in support of this motion show:

1.     Due Date of Brief. Appellants' Brief was originally due for filing November 12, 2015 per the Court's last notice. Appellants seek hereby to have the due date of their brief extended to Thursday, December 10, 2015.

2.     Extension of Time Sought. Appellants have sought no previous extension of time for filing of their brief, and ask that the Court grant them an extension for filing of their brief until Thursday, December 10, 2015, in order that their brief may be optimally prepared. Since October 15, 2015, Appellants' counsel has missed considerable work

APPELLANTS' MOTION TO EXTEND
TIME TO FILE APPELLANTS' BRIEF

time due to a chronic respiratory infection that has required a doctor's care, and for which counsel is still being treated. What work time was possible in the interim has been largely absorbed with matters involving applications for emergency relief or immovable deadline filings in federal or appellate matters. In addition, a death in counsel's wife's family occurred near the time the brief would have regularly been due. Due to all of the foregoing, Appellants ask that they be granted this short extension of time to file their brief.

3.    <u>Prayer</u>.  For these reasons, your Appellants request that the Court:

(A)    grant an extension of the time to file Appellants' brief, through and until December 10, 2015; and

(B)    grant Appellants such other and further relief to which they may be entitled or is in the interest of justice.

Respectfully submitted,

*/s/ Michael Brinkley*

_____
**Michael Brinkley**
State Bar No. 03004300
BRINKLEY LAW PLLC
P. O. Box 820711
Fort Worth, Texas 76182-0711
(817) 284-3535; metro (817) 589-7111
fax (888) 511-0946
michael@brinkleypllc.com
Attorney for Appellants

## Certificate of Conference

I conferred by telephone today with Paul A. Hoefker, counsel for Appellee, who advised me Appellee is unopposed to the relief requested.

Dated: November 30, 2015.

*/s/ Michael Brinkley*

_____

**Michael Brinkley**


## Certificate of Service

I hereby certify that a true and correct copy of the foregoing has been served on the following  attorney of record, as required by Texas Rule of Appellate Procedure 9.5:

**Paul A. Hoefker**
ALDRIDGE | PITE, LLP
550 Westcott, Suite 560
Houston, TX 77007
713-293-3618
fax 858-412-2773
Attorney for Appellee

Dated: November 30, 2015.

*/s/ Michael Brinkley*

_____

**Michael Brinkley**